# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 16, 2015

## NO. 03-14-00054-CR

**Mechelle Lynn Ellis-Henry, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF CALDWELL COUNTY**
**BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD**
**MODIFIED AND, AS MODIFIED, AFFIRMED -- OPINION BY JUSTICE FIELD**

This is an appeal from the judgment of conviction rendered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no error in the court's judgment of conviction requiring reversal. Therefore, the Court affirms the trial court's judgment of conviction. However, there was error in the judgment and sentence that requires correction. Therefore, the Court modifies the trial court's judgment and sentence to delete the order that appellant pay attorneys' fees. The judgment, as modified, is affirmed. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.